# NACMIAS LAW FIRM PLLC

592 PACIFIC STREET. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

April 25, 2024

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007
(212) 805-0238

Re:   *VOLFMAN v. BAR CLARK, LLC d/b/a THE RIVER and TANG BROTHERS HOLDINGS CORP.*
      **DOCKET NO. 1:24-cv-00416-AS**

Dear Judge Subramanian:

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an adjournment for the Initial Pretrial Conference scheduled for May 1, 2024 and extension of time for defendant to appear and file an answer before pursuing a motion for default judgment. This is plaintiff's first request for this relief.

Defendant representative for BAR CLARK, LLC d/b/a THE RIVER has recently been in communication with our office. The parties respectfully request Your Honor allow the parties thirty (30) days in order to continue settlement discussions and for defendant to file a notice of appearance and respond to the complaint.

Thank you for your time and consideration on this matter.

Respectfully,

*Andre Autz* (signature)

Andre Autz, Esq.
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
aautz@nacmiaslaw.com
917-602-6057

---

Application granted. The deadline for defendant to respond to the complaint is now May 27, 2024. The initial pretrial conference currently set for May 1, 2024, is hereby ADJOURNED to June 3, 2024, at 12:00 PM.

The Clerk of Court is directed to terminate the motion at Dkt. 8.

SO ORDERED.

*Arun Subramanian* (signature)
Arun Subramanian, U.S.D.J.
Date: April 26, 2024